**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN D. REVY,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.<br><br>Defendant. | Case No. 25-cv-05744 (GRB)(ARL)<br><br>**Oral Argument Requested** |

**NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

PLEASE TAKE NOTICE that pursuant to 9 U.S.C. §§ 3, 4, Defendant AT&T Services Inc. ("AT&T") by and through its undersigned counsel, hereby moves this Court for an Order: (1) directing Plaintiff John D. Revy ("Revy") to arbitrate all claims asserted in his complaint, in accordance with the terms of his pre-dispute Management Arbitration Agreement with AT&T ("MAA"); and (2) granting a stay of proceedings pending the completion of arbitration. In support of this Motion AT&T will rely on the accompanying Memorandum of Law, Declaration of Jennifer Reyes with accompanying exhibits, Declaration of Steven Dewey, and the Declaration of Sara B. Tomezsko with accompanying exhibits, and all other pleadings and papers herein.

Defendant respectfully requests that this Court grant Defendant's motion and compel Plaintiff's claims to binding arbitration and stay all proceedings pending the completion of arbitration.

Dated: May 26, 2026

Respectfully submitted,

By: /s/ [signature]

Sara B. Tomezsko
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
Fax: (212) 319-4090
saratomezsko@paulhastings.com

*Attorneys for Defendant*
AT&T Services Inc.

**AI CERTIFICATION**

Pursuant to the Individual Practices of Hon. Arlene R. Lindsay, Rule 2.C.3, I hereby certify that no part of the foregoing motion was prepared with the use of artificial intelligence.

[signature]
Sara B. Tomezsko

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to the Individual Practices of Hon. Arlene R. Lindsay, Rule 2.C.7, the foregoing Notice of Motion, Memorandum of Law in Support of Defendant's Motion to Compel Arbitration and Stay All Proceedings, and all supporting Declarations with their exhibits were served via email on counsel for Plaintiff John Revy per agreement of the parties as follows:

The Law Firm of
Adam C. Weiss, PLLC
3 SCHOOL STREET, STE. 303
GLEN COVE, NEW YORK 11542
OFFICE: (516) 277-2323
CELL: (646) 489-0059
FACSIMILE: (516) 759-2556
adam@acweisslaw.com

AT&T will file all motion papers once the motion is fully briefed in accordance with the "Bundle Rule" and Rule 2.C.7.

Sara B. Tomezsko