# REYES DECLARATION EXHIBIT 3

# Initial E-Mail and Reminder Sent

| Recipient Email | Document Title | Email Sent Date | Email Sent Time |
|---|---|---|---|
| jr903h@us.att.com | Action Required: Arbitration Agreement | 01/18/2012 | 00:04:36 |
| jr903h@us.att.com | Action Required: Arbitration Agreement | 11/30/2011 | 22:00:51 |
| jr903h@us.att.com | Action Required: Arbitration Agreement | 12/15/2011 | 05:05:09 |