**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN D. REVY,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.<br><br>Defendant. | Case No. 25-cv-05744<br><br>**DECLARATION OF SARA B. TOMEZSKO IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

COMES NOW, SARA B. TOMEZSKO, and pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a citizen of the United States, over the age of 18, and competent to testify as to the matters contained in this Declaration.

2. I am a partner at the law firm Paul Hastings LLP, counsel for AT&T Services, Inc. ("AT&T"), the defendant in this matter.

3. All statements in this Declaration are true and correct and are based upon my personal knowledge.

4. On October 24, 2025, in-house counsel for AT&T sent counsel for John Revy ("Plaintiff") notifying him that Plaintiff agreed to arbitrate all disputes with AT&T. I was copied on that communication. Attached to this declaration as Exhibit A is a true and correct copy of the October 24, 2025 correspondence to Plaintiff's counsel.

5. On March 18, 2026, in-house counsel referred me to Plaintiff's counsel for further discussions regarding the arbitration agreement. I contacted Plaintiff's counsel on March 19, 2026, requesting the opportunity to discuss the arbitration agreement.

6. I spoke with Plaintiff's counsel via teleconference on March 20, 2026. We discussed the arbitration agreement and the evidence AT&T would submit in connection with a motion to compel arbitration should one be necessary. Counsel stated that he would speak with Plaintiff to confirm his position with respect to the arbitration agreement.

7. On March 24, 2026, Plaintiff's counsel responded via email that Plaintiff wishes to contest the validity of the arbitration agreement.

**PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE FALSE, I AM SUBJECT TO PUNISHMENT.**

Executed this 26th day of May, 2026, at New York, New York.

SBT
Sara B. Tomezsko