UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JOHN D. REVY,

Plaintiff,

-against -

AT&T SERVICES INC.,

Defendant.

---------------------------------------------------------------x

Case No. 25-cv-05744

**DECLARATION OF STEVEN DEWEY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

COMES NOW, STEVEN DEWEY, and pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a citizen of the United States, over the age of 18, and competent to testify as to the matters contained in this Declaration.

2. I have personal knowledge of the facts set forth in this Declaration, or I have knowledge of such facts based upon information from business records of AT&T and its affiliates and subsidiaries (collectively, “AT&T” or the “Company”) in my custody and control.

3. I am currently employed by AT&T as an AVP-Technology, and I have been employed by AT&T since 1998. Since July 2025 and in my role as an AVP-Technology, I have been responsible for the Company’s Microsoft Exchange email servers used to host AT&T employee email for @us.att.com routing addresses. Prior to July 2025, I worked on the Exchange operations team or in roles with direct contact with this team.

Docusign Envelope ID: E0221FBE-6656-895E-83B1-9675ACAB0FCB


4. During late 2011 and early 2012, including the time period from November 30, 2011 through February 6, 2012, AT&T employees' email addresses follow two general naming conventions: "[*the employee's Unique User Identification*]@att.com" and "[*employee's first name*].[*employee's last name*]@att.com." Emails sent to these two email addresses are displayed and accessible in a single mailbox in Microsoft Exchange.

5. In addition, during the time period from November 30, 2011 through February 6, 2012, the Company used a routing email address to send mass electronic mailings to large populations of employees. Such electronic mailings to the Company's general U.S.-based employee population were addressed to a commonly used routing email address in the format of "[*Employee's Unique User Identification*]@us.att.com." Emails addressed to an employee's routing address are delivered to the same mailbox described in paragraph 4 of this Declaration.

**PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE FALSE, I AM SUBJECT TO PUNISHMENT.**

Executed this 19th day of May, 2026 at Dallas, Texas.

Signed by:
Steve Dewey
ADFDC3FF25ED448...

STEVEN DEWEY