**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN D. REVY,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.<br><br>Defendant. | Case No. 25-cv-05744 |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY ALL PROCEEDINGS**

This matter is before the Court on the Motion to Compel Arbitration filed by Defendant AT&T Services Inc. The Court having considered the submissions of the parties and good cause having been shown, Defendant's Motion to Compel Arbitration is GRANTED.

**IT IS HEREBY ORDERED** that Plaintiff is compelled to individual arbitration of his claims and the proceedings in this case are hereby stayed pending arbitration.

Dated: ____________

______________________________
Hon. Arlene R. Lindsay
United States Magistrate Judge