PAUL
HASTINGS

1-212-318-6267
saratomezsko@paulhastings.com

May 26, 2026

**VIA ECF**

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re: Revy v. AT&T Services Inc. 2:25-cv-5744 (E.D.N.Y.)

Dear Judge Lindsay:

I represent AT&T Services Inc. ("AT&T") in the above-referenced matter. In lieu of an answer, AT&T is moving to compel arbitration of plaintiff John Revy's claims and stay all proceedings. As this is a non-dispositive motion, the motion to compel arbitration is properly made to Your Honor as the Magistrate Judge assigned to this matter. *See Chung v. Royal Care, Inc.*, No. 23-CV-07962 (OEM) (LKE), 2025 WL 809900, at *2 (E.D.N.Y. Mar. 14, 2025) (noting that "[n]umerous courts in this Circuit have concluded that a motion to compel arbitration is non-dispositive") (collecting cases).

Accordingly, the notice of motion, memorandum of law in support, all supporting declarations and a copy of this letter have been served today on counsel for plaintiff John Revy. Pursuant to Your Honor's Individual Practices, Rule 2.C.7, movant AT&T will file all motion papers and provide courtesy copies on the date the motion is fully briefed. Pursuant to Local Rule 6.1, AT&T understands that the briefing schedule for this motion to compel arbitration and stay proceedings is as follows, unless otherwise ordered by the Court:

- Motion to compel arbitration and stay all proceedings – May 26, 2026 (by operation of Memorial Day and Court closures)
- Opposition to motion to compel arbitration and stay all proceedings – June 9, 2026
- Reply in further support of motion to compel arbitration and stay all proceedings – June 16, 2026

Thank you for your attention to this matter.

Sincerely,

Sara B. Tomezsko
of PAUL HASTINGS LLP