UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOHN D. REVY,

Plaintiff,

v.

AT&T SERVICES INC.,

Defendant.

-----------------------------------------------------------------X

Case No.: 25-cv-05744

**DECLARATION OF JOHN D. REVY**

**JOHN D. REVY**, pursuant to 28 U.S.C. § 1746, declares the following to be true under penalty of perjury:

1. I am the Plaintiff in the above-captioned action. I submit this Declaration in opposition to Defendant AT&T Services Inc.'s motion to compel arbitration. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. I was employed by AT&T from June 2009 until my termination in July 2022.

3. I have since reviewed the emails that AT&T contends it sent to me in late 2011 and early 2012 concerning a Management Arbitration Agreement. I have no recollection of receiving or seeing any of those emails at the time.

4. I never opened or read any of those emails. I never clicked the link they contained, never entered my username or password to access any arbitration agreement, and never viewed or read the Management Arbitration Agreement itself.

5. During that period, my AT&T email account received a high volume of mass and automated company-wide messages. I did not open or read every such message, and I had no practice of doing so.

6. At no time did I understand that I was required to take any action, or that taking no action would result in my giving up my right to bring claims against AT&T in court or before a jury.

7. I never made any decision to give up my right to sue AT&T in court. Had I understood that doing nothing would surrender that right, I would have opted out, as I am informed thousands of other employees did.

8. No one at AT&T ever discussed the Management Arbitration Agreement with me, and I was not aware that any such agreement applied to me until it was brought to my attention in connection with this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: East Setauket, New York
June 8, 2026

**JOHN D. REVY**