UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN D. REVY,<br>Plaintiff,<br>v.<br>AT&T SERVICES INC.<br>Defendant. | Case No. 25-cv-05744 (GRB)(ARL) |

**CERTIFICATION OF COMPLIANCE**

The undersigned hereby certifies that:

- Defendant AT&T Services Inc.'s moving Motion to Compel Arbitration and Stay Proceedings brief contains 3,859 words (excluding the caption page, the tables of contents and authorities and the signature block), according to the word count feature of Microsoft Word, the word processing program used to prepare the brief;
- Defendant AT&T Services Inc.'s Reply in Support of Its Motion to Compel Arbitration and Stay Proceedings brief contains 3,063 words (excluding the caption page, the tables of contents and authorities and the signature block), according to the word count feature of Microsoft Word, the word processing program used to prepare the reply brief; and
- Pursuant to Fed. R. Civ. P. 37(a)(1), counsel has met and conferred in a good faith effort to resolve the matters raised in the instant motion but were unable to agree to a resolution of the issues.

Dated: June 15, 2026

Respectfully submitted,

By: ______________________________

Sara B. Tomezsko
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
Fax: (212) 319-4090
saratomezsko@paulhastings.com

*Attorneys for Defendant*
AT&T Services Inc.